**THE MOULTON LAW FIRM, P.C.**
6401 E. Thomas Rd., Suite 101
Scottsdale, Arizona 85251
(480) 355-5000 FAX (480) 355-5019
Timothy L. Moulton; No. 010066
tim@moultonlawoffice.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| State Farm Fire and Casualty Company, | **ACTION NO: 2:23-CV-01790** |
| Plaintiff, | **AMENDED COMPLAINT** |
| vs. | |
| Watts Water Technologies, Inc.; ***Aquamor, LLC,*** | |
| Defendants. | |

### GENERAL AND FACTUAL ALLEGATIONS

1.  At all times material hereto, Plaintiff State Farm Fire and Casualty Company was an Illinois Insurance Corporation doing business as an insurance carrier in the State of Arizona, and insured Jean Lance for the home and personal property at 6329 North 44th Street, Paradise Valley, in the County of Maricopa, State of Arizona. Plaintiff State Farm has incurred or may incur, and/or paid claims, in the amount of $223,383.56 (including a $7,784 deductible already paid), in claim number 03-24D4-92Q, caused by the fault of and the unlawful and defective nature of Defendant's products or work, arising out of a water loss occurring on or about August 27, 2021, at the above home. Plaintiff State Farm is legally, contractually and by equity entitled to subrogation rights involving these claim payments, incident and loss under Arizona law.

2.  Watts Water Technologies, Inc., on information and belief, is a Delaware corporation based in North Andover, Massachusetts, and responsible for the design, sale,

1  assembly, distribution, manufacture, and marketing of an inline water filter, model number IL-20K, with marking of K111E20 (the "product") installed and used in the home of Jean Lance. At all times material hereto, it designed, sold, assembled, distributed, manufactured, and marketed the product and otherwise did business in Maricopa County and the State of Arizona. It has caused events to occur in Maricopa County, Arizona, which form the basis of this lawsuit.

3. *Aquamor, LLC, on information and belief (based upon recent disclosures by Defendant Watts Water Technologies) is a California limited liability company, based in Temecula, California, and as to the product listed below, is also responsible for the design, sale, assembly, distribution, manufacture, and marketing of an inline water filter, model number IL-20K, with marking of K111E20 (the "product") installed and used in the home of Jean Lance. At all times material hereto, it designed, sold, assembled, distributed, manufactured, and marketed the product and otherwise did business in Maricopa County and the State of Arizona. It has caused events to occur in Maricopa County, Arizona, which form the basis of this lawsuit.*

4. The jurisdictional minimum is satisfied and venue and jurisdiction in this Court are proper.

5. On information and belief, sometime before August 27, 2021, the Defendants designed, made, built, sold, advertised, distributed, and/or marketed the above described product, and its component parts, which was unlawfully, negligently and/or defectively sold, marketed, designed, advertised, distributed, and/or made, and the product and/or work of the defendants failed, without fault of the Plaintiff or its insured, causing a water loss to the home and personal property, causing Plaintiff to suffer damages and loss as outlined above.

6. Investigation and inspection of the property by Plaintiff and its experts indicate that the product and/or work of the Defendants was unlawfully, negligently and/or defectively designed, advertised, marketed, assembled, packaged, distributed, made and/or sold and the cause of the damage and injury.

7. ~~Pursuant to Rule 26.2(c)(3), Arizona Rules of Civil Procedure, this case should~~

~~be assigned to Tier 2~~.

## COUNT I (Strict Liability)

8. Plaintiff hereby incorporates by reference all other paragraphs of this Complaint as if fully set forth here and further allege as follows.

9. **Defendants Watts Water Technologies, Inc and Aquamor, LLC** were and are engaging in the business of designing, manufacturing, producing, testing, inspecting, marketing and selling the product. The product was expected to and did reach consumers in Arizona without substantial change in the condition in which they were sold.

10. The product was in a defective condition, and unreasonably dangerous to users, when it left Defendants' possession or control.

11. Arizona consumers used the product in a manner and for a purpose which was and is foreseeable by Defendants.

12. Defendants failed and continue to fail to provide consumers, either directly or indirectly, with adequate or sufficient warnings regarding the known or foreseeable risks and dangers inherent to the product.

13. As a direct and proximate result of the defective condition of the product, Plaintiff has been damaged.

## COUNT II (Negligence)

14. Plaintiff hereby incorporates by reference all other paragraphs of this Complaint as if fully set forth here and further alleges as follows.

15. **Defendants Watts Water Technologies, Inc and Aquamor, LLC** failed to exercise reasonable care with respect to the design, development, advertising, manufacture, production, testing, inspection, marketing and sale of the product and/or work of the Defendants.

16. As a direct and proximate result of Defendants' negligence, Plaintiff has been damaged.

WHEREFORE, Plaintiff prays for the following:

1. Compensatory damages in an amount to be determined at trial;

1  |  2. Special damages in an amount to be determined at trial;
2  |  3. Interest on all special, known, and liquidated damage claims;
3  |  3. Fees and costs;
4  |  4. All other relief the Court deems just and proper.

DATED this 3rd day of November, 2023.

**THE MOULTON LAW FIRM, P.C.**

By: /s/ *Timothy L. Moulton*
　　Timothy L. Moulton
　　6401 E. Thomas Rd., Suite 101
　　Scottsdale, Arizona 85251
　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Adam S. Polson
LEWIS BRISBOIS BISGAARD & SMITH
2929 N Central Ave, Suite 1700
Phoenix, Arizona 85012
*Attorneys for Defendant*

/s/ *Amy McLain*