1
2
3
4
5
6           **IN THE UNITED STATES DISTRICT COURT**

7               **FOR THE DISTRICT OF ARIZONA**

8

9    State Farm Fire and Casualty Company,          No. CV-23-01790-PHX-DLR

10                    Plaintiff,                     **ORDER**

11   v.

12   Watts Water Technologies Incorporated, et
     al.,
13

14                   Defendants.

15          The Court having reviewed the parties' Stipulation for Dismissal with Prejudice

16   (Doc. 55), and good cause appearing;

17          **IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed

18   with prejudice, each party to bear their own costs and attorneys' fees.

19          Dated this 20th day of August, 2025.

20

21

22

23          _____
            Douglas L. Rayes
24          Senior United States District Judge

25

26

27

28